reversed, with $20 costs and disbursements to the appellant, and the motion granted upon the ground that the person and corporation served were not the agents of the appellant and the service was invalid. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS DURHAM, Appellant, against HENRY RUTHAZEN, as Warden of City Prison, Manhattan, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA STEELE, Appellant, against RUTH COLLINS, as Superintendent of Women's House of Detention, Respondent. — Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ADOLPH REITMEISTER, Appellant, v. BERTHA REITMEISTER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of NORTH AMERICAN PAPER Co., Appellant, for an Order Restraining Arbitration Proceedings by FRENCH SUPPLY COMMISSION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of the Application of AGNES W. OLSON, Respondent, to Remove to New York State Supreme Court, County of New York, an Action Now Pending in City Court of the City of New York, County of New York, entitled: AGNES W. OLSON, Plaintiff, v. EDGAR T. OLSON, Defendant. EDGAR T. OLSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JAMES B. MATHEW, INC., Respondent, v. ALFRED T. JENKINS, Doing Business as JENKINS TECHNICAL SERVICE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

CLARICE KANTOR, Respondent, v. MEYER ROSENSTEIN, Appellant, and MERRILL, LYNCH, PIERCE, FENNER & BEANE, a Copartnership, Respondent.— Order unanimously modified so as to allow examination as to all items except item "2", and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ADOLPH MOSBERG et al., Appellants, v. SASHA MAEEF et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

JEROME TAISHOFF, Appellant, v. JACOB BURNS, Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for an injunction *pendente lite* is granted upon condition that the appellant furnish an undertaking, as he offers to do, in the sum of $15,250 to secure respondent against any possible decrease in the value of the stock he is holding as collateral. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

PANHELLENIC HOUSE ASSOCIATION, INC., Respondent, v. S. CHARLES SAVIO et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied upon the ground that a determina-